UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH EARL LAUZON,

    Defendants.
_____/

Case No. 2:14-cr-13

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 6, 2014, on a warrant issued for the alleged violations of his bond.  The government requested the defendant be detained pending further proceedings.  Defendant was advised of his right to a detention hearing.  Counsel for defendant requested additional time to prepare for a detention hearing.  Accordingly, defense counsel shall contact the court to schedule a detention hearing when ready to proceed.  The defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  August 8, 2014

  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge